# UNITED STATES BANKRUPTCY COURT
_____**OREGON**_____

In re **James Melvin Wright and Katherine Lynne Wright**_____,     Case No. **15-61037-fra13**_____
         *Debtor*

Chapter **13**_____

## SUMMARY OF SCHEDULES

Indicate as to each schedule whether that schedule is attached and state the number of pages in each. Report the totals from Schedules A, B, D, E, F, I, and J in the boxes provided. Add the amounts from Schedules A and B to determine the total amount of the debtor's assets. Add the amounts of all claims from Schedules D, E, and F to determine the total amount of the debtor's liabilities. Individual debtors also must complete the "Statistical Summary of Certain Liabilities and Related Data" if they file a case under chapter 7, 11, or 13.

| NAME OF SCHEDULE | ATTACHED (YES/NO) | NO. OF SHEETS | ASSETS | LIABILITIES | OTHER |
|---|---|---|---|---|---|
| A - Real Property | YES | 1 | $ 157,250.00 | | |
| B - Personal Property | YES | 4 | $ 41,326.28 | | |
| C - Property Claimed as Exempt | YES | 1 | | | |
| D - Creditors Holding Secured Claims | YES | 1 | | $ 199,705.17 | |
| E - Creditors Holding Unsecured Priority Claims (Total of Claims on Schedule E) | NO | | | $ 5,155.00 | |
| F - Creditors Holding Unsecured Nonpriority Claims | NO | | | $ 15,916.18 | |
| G - Executory Contracts and Unexpired Leases | NO | | | | |
| H - Codebtors | NO | | | | |
| I - Current Income of Individual Debtor(s) | YES | 2 | | | $ 3,149.49 |
| J - Current Expenditures of Individual Debtors(s) | YES | 4 | | | $ 2,697.45 |
| TOTAL | | 13 | $ 198,576.28 | $ 220,776.35 | |

# UNITED STATES BANKRUPTCY COURT
_____OREGON_____

In re **James Melvin Wright and Katherine Lynne Wright**_____,   Case No. **15-61037-fra13**_____
              *Debtor*

Chapter **13**_____

## STATISTICAL SUMMARY OF CERTAIN LIABILITIES AND RELATED DATA (28 U.S.C. § 159)

      If you are an individual debtor whose debts are primarily consumer debts, as defined in § 101(8) of the Bankruptcy Code (11 U.S.C. § 101(8)), filing a case under chapter 7, 11 or 13, you must report all information requested below.

      ☐ Check this box if you are an individual debtor whose debts are NOT primarily consumer debts.  You are not required to report any information here.

**This information is for statistical purposes only under 28 U.S.C. § 159.**

**Summarize the following types of liabilities, as reported in the Schedules, and total them.**

| Type of Liability | Amount |
|---|---|
| Domestic Support Obligations (from Schedule E) | $ 0.00 |
| Taxes and Certain Other Debts Owed to Governmental Units (from Schedule E) | $ 5,155.00 |
| Claims for Death or Personal Injury While Debtor Was Intoxicated (from Schedule E) (whether disputed or undisputed) | $ 0.00 |
| Student Loan Obligations (from Schedule F) | $ 0.00 |
| Domestic Support, Separation Agreement, and Divorce Decree Obligations Not Reported on Schedule E | $ 0.00 |
| Obligations to Pension or Profit-Sharing, and Other Similar Obligations (from Schedule F) | $ 0.00 |
| TOTAL | $ 5,155.00 |

**State the following:**

| | |
|---|---|
| Average Income  (from Schedule I, Line 12) | $ 3,149.49 |
| Average Expenses (from Schedule J, Line 22) | $ 2,697.45 |
| Current Monthly Income (from Form 22A-1 Line 11; **OR**, Form 22B Line 14; **OR**, Form 22C-1 Line 14) | $ 3,802.96 |

**State the following:**

| | | |
|---|---|---|
| 1. Total from Schedule D, "UNSECURED PORTION, IF ANY" column | | $ 90,417.00 |
| 2. Total from Schedule E, "AMOUNT ENTITLED TO PRIORITY" column. | $ 5,155.00 | |
| 3. Total from Schedule E, "AMOUNT NOT ENTITLED TO PRIORITY, IF ANY" column | | $ 0.00 |
| 4. Total from Schedule F | | $ 15,916.18 |
| 5. Total of non-priority unsecured debt (sum of 1, 3, and 4) | | $ 106,333.18 |

B6A (Official Form 6A) (12/07)

In re **James Melvin Wright and Katherine Lynne Wright,**  Case No. **15-61037-fra13**
                               **Debtor**                                           **(If known)**

# SCHEDULE A - REAL PROPERTY

| DESCRIPTION AND LOCATION OF PROPERTY | NATURE OF DEBTOR'S INTEREST IN PROPERTY | Husband, Wife, Joint, or Community | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY, WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION | AMOUNT OF SECURED CLAIM |
|---|---|---|---|---|
| Primary Residence - Single Family Home<br><br>27650 Andy Riggs Road  Grand Ronde OR 97347 | Tenancy by the Entirety | J | $120,000.00 | $120,984.00 |
| Land at 27650 Andy Riggs Road Grand Ronde OR | Deed of Trust | H | $37,250.00 | $17,110.00 |
| | | Total ► | $157,250.00 | |

(Report also on Summary of Schedules.)

B 6B (Official Form 6B) (12/2007)

In re **James Melvin Wright and Katherine Lynne Wright,**        Case No. **15-61037-fra13**
                             **Debtor**                                                       **(If known)**

# SCHEDULE B - PERSONAL PROPERTY

| TYPE OF PROPERTY | N O N E | DESCRIPTION AND LOCATION OF PROPERTY | Husband, Wife, Joint, Or Community | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY, WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION |
|---|---|---|---|---|
| 1. Cash on hand. | X | | | |
| 2. Checking, savings or other financial accounts, certificates of deposit or shares in banks, savings and loan, thrift, building and loan, and homestead associations, or credit unions, brokerage houses, or cooperatives. | | Checking # 3306 @ Chase | J | $1,794.00 |
| 3. Security deposits with public utilities, telephone companies, landlords, and others. | X | | | |
| 4. Household goods and furnishings, including audio, video, and computer equipment. | | Household goods | J | $12,100.00 |
| | | Provisions (wood stove pellets) | J | $75.00 |
| 5. Books; pictures and other art objects; antiques; stamp, coin, record, tape, compact disc, and other collections or collectibles. | X | | | |
| 6. Wearing apparel. | | Wearing apparel; jewelry | J | $500.00 |
| 7. Furs and jewelry. | X | | | |
| 8. Firearms and sports, photographic, and other hobby equipment. | | Firearms: 10.22 Ruger: $100; 20 guage shotgun: $90; 270 Remington: $150 | H | $340.00 |
| 9. Interests in insurance policies. Name insurance company of each policy and itemize surrender or refund value of each. | X | | | |
| 10. Annuities. Itemize and name each issuer. | X | | | |

B 6B (Official Form 6B) (12/2007)

In re **James Melvin Wright and Katherine Lynne Wright,**      Case No.    **15-61037-fra13**
                               **Debtor**                                                          **(If known)**

# SCHEDULE B - PERSONAL PROPERTY
(Continuation Sheet)

| TYPE OF PROPERTY | NONE | DESCRIPTION AND LOCATION OF PROPERTY | Husband, Wife, Joint, Or Community | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY, WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION |
|---|---|---|---|---|
| 11. Interests in an education IRA as defined in 26 U.S.C. § 530(b)(1) or under a qualified State tuition plan as defined in 26 U.S.C. § 529(b)(1). Give particulars. (File separately the record(s) of any such interest(s). 11 U.S.C. § 521(c).) | X | | | |
| 12. Interests in IRA, ERISA, Keogh, or other pension or profit sharing plans. Give particulars. | | 401(k) Retirement plan | H | $2,500.00 |
| 13. Stock and interests in incorporated and unincorporated businesses. Itemize. | X | | | |
| 14. Interests in partnerships or joint ventures. Itemize. | X | | | |
| 15. Government and corporate bonds and other negotiable and nonnegotiable instruments. | X | | | |
| 16. Accounts receivable. | X | | | |
| 17. Alimony, maintenance, support, and property settlements to which the debtor is or may be entitled. Give particulars. | X | | | |
| 18. Other liquidated debts owed to debtor including tax refunds. Give particulars. | X | | | |
| 19. Equitable or future interests, life estates, and rights or powers exercisable for the benefit of the debtor other than those listed in Schedule A – Real Property. | X | | | |
| 20. Contingent and noncontingent interests in estate of a decedent, death benefit plan, life insurance policy, or trust. | X | | | |
| 21. Other contingent and unliquidated claims of every nature, including tax refunds, counterclaims of the debtor, and rights to setoff claims. Give estimated value of each. | | Disposable earnings due debtor paid bi-weekly | H | $713.28 |
| | | Disposable earnings due joint debtor, paid bi-weekly | W | $612.00 |

B 6B (Official Form 6B) (12/2007)

In re **James Melvin Wright and Katherine Lynne Wright,** Case No. **15-61037-fra13**
              **Debtor**                                                   (If known)

# SCHEDULE B - PERSONAL PROPERTY
(Continuation Sheet)

| TYPE OF PROPERTY | NONE | DESCRIPTION AND LOCATION OF PROPERTY | Husband, Wife, Joint, Or Community | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY, WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION |
|---|---|---|---|---|
| | | Potential Indeminfication Claim vs Glenn Garbutt re Michelle Cameron | J | $20,000.00 |
| 22. Patents, copyrights, and other intellectual property. Give particulars. | X | | | |
| 23. Licenses, franchises, and other general intangibles. Give particulars. | X | | | |
| 24. Customer lists or other compilations containing personally identifiable information (as defined in 11 U.S.C. § 101(41A)) provided to the debtor by individuals in connection with obtaining a product or service from the debtor primarily for personal, family, or household purposes. | X | | | |
| 25. Automobiles, trucks, trailers, and other vehicles and accessories. | | 1998 Ford Mustang CP | J | $1,152.00 |
| | | 1993 Chevrolet pickup | J | $1,500.00 |
| 26. Boats, motors, and accessories. | X | | | |
| 27. Aircraft and accessories. | X | | | |
| 28. Office equipment, furnishings, and supplies. | X | | | |
| 29. Machinery, fixtures, equipment, and supplies used in business. | X | | | |
| 30. Inventory. | X | | | |
| 31. Animals. | | Domestic animals and supplies | J | $40.00 |
| 32. Crops - growing or harvested. Give particulars. | X | | | |
| 33. Farming equipment and implements. | X | | | |
| 34. Farm supplies, chemicals, and feed. | X | | | |

**In re** James Melvin Wright and Katherine Lynne Wright,        Case No.    15-61037-fra13
                                 **Debtor**                                               **(If known)**

# SCHEDULE B - PERSONAL PROPERTY
(Continuation Sheet)

| TYPE OF PROPERTY | NONE | DESCRIPTION AND LOCATION OF PROPERTY | Husband, Wife, Joint, Or Community | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY, WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION |
|---|---|---|---|---|
| 35. Other personal property of any kind not already listed. Itemize. | X | | | |

                 <u>3</u> continuation sheets attached     Total ▶     $41,326.28
(Include amounts from any continuation sheets attached. Report total also on Summary of Schedules.)

B6C (Official Form 6C) (04/13)

**In re James Melvin Wright and Katherine Lynne Wright,**
          **Debtor**

Case No. **15-61037-fra13**
    **(If known)**

# SCHEDULE C - PROPERTY CLAIMED AS EXEMPT

Debtor claims the exemptions to which debtor is entitled under:
(Check one box)
☐ 11 U.S.C. § 522(b)(2)
☐ 11 U.S.C. § 522(b)(3)

☐ Check if debtor claims a homestead exemption that exceeds $155,675.*

| DESCRIPTION OF PROPERTY | SPECIFY LAW PROVIDING EACH EXEMPTION | VALUE OF CLAIMED EXEMPTION | CURRENT VALUE OF PROPERTY WITHOUT DEDUCTING EXEMPTION |
|---|---|---|---|
| 0.90 acres | 11 USC § 522(d)(5) | $25,450.00 | $37,250.00 |
| Household goods | 11 USC § 522(d)(3) | $12,100.00 | $12,100.00 |
| Provisions (wood stove pellets) | 11 USC § 522(d)(3) | $75.00 | $75.00 |
| Wearing apparel | 11 USC § 522(d)(3) | $500.00 | $500.00 |
| 1998 Ford | 11 USC § 522(d)(2) | $1,152.00 | $1,152.00 |
| 1993 Chevrolet | 11 USC § 522(d)(2) | $1,500.00 | $1,500.00 |
| 401(k) | 11 USC § 522(d)(12) | 100% | $2,500.00 |

\* *Amount subject to adjustment on 4/01/16, and every three years thereafter with respect to cases commenced on or after the date of adjustment.*

B 6D (Official Form 6D) (12/07)

**In re James Melvin Wright and Katherine Lynne Wright**,
**Debtor**

Case No. **15-61037-fra13**
(If known)

# SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS

☐ Check this box if debtor has no creditors holding secured claims to report on this Schedule D.

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE AND AN ACCOUNT NUMBER (See Instructions Above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| ACCOUNT NO. Caliber Home Loans Inc 13801 Wireless Way Oklahoma City, OK 73134-2550 | | J | 7/23/01 First Mortgage 1971 14' X 70' Singlewide with top out Gentry manufactured home; 3 bed 1 1/2 bath; full deck without railing. VALUE $ **$120,000.00** | | | | **$95,894.00** | |
| ACCOUNT NO. Michelle Cameron c/o Adam J. Brittle, Atty. 1130 SW Morrison Street, Suite 312 Portland, OR 97205-2215 | | J | 4/23/2008 Judgment Lien 1971 14' X 70' Singlewide with top out Gentry manufactured home; 3 bed 1 1/2 bath; full deck without railing. VALUE $ **$120,000.00** | | | X | **$78,811.17** | **$65,417.00** |
| ACCOUNT NO. Oregon Affordable Housing Assistance Corp Richard Anderson Law, PC, Reg. Agent 8625 SW Cascade Avenue, Suite 450 Beaverton, OR 97008 | | J | 6/6/2013 Subordinate Mortgage 1971 14' X 70' Singlewide with top out Gentry manufactured home; 3 bed 1 1/2 bath; full deck without railing. VALUE $ **$120,000.00** | | | | **$25,000.00** | **$25,000.00** |

**0** continuation sheets attached

Subtotal ► (Total of this page) $ **199,705.17** $ **90,417.00**

Total ► (Use only on last page) $ **199,705.17** $ **90,417.00**

(Report also on Summary of Schedules.) (If applicable, report also on Statistical Summary of Certain Liabilities and Related Data.)

| | |
|---|---|
| **Fill in this information to identify your case:** | |
| Debtor 1 | **James Melvin Wright** |
| | First Name  Middle Name  Last Name |
| Debtor 2 | **Katherine Lynne Wright** |
| (Spouse, if filing) | First Name  Middle Name  Last Name |
| United States Bankruptcy Court for: | **Oregon** |
| Case number (If known) | **15-61037-fra13** |

Check if this is:

☐ An amended filing

☐ A supplement showing post-petition chapter 13 income as of the following date:
_____
MM / DD / YYYY

## Official Form B 6I
# Schedule I: Your Income
**12/13**

Be as complete and accurate as possible. If two married people are filing together (Debtor 1 and Debtor 2), both are equally responsible for supplying correct information. If you are married and not filing jointly, and your spouse is living with you, include information about your spouse. If you are separated and your spouse is not filing with you, do not include information about your spouse. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.

### Part 1: Describe Employment

1. **Fill in your employment information.**

   If you have more than one job, attach a separate page with information about additional employers.

   Include part-time, seasonal, or self-employed work.

   Occupation may Include student or homemaker, if it applies.

| | Debtor 1 | Debtor 2 or non-filing spouse |
|---|---|---|
| Employment status | ☒ Employed<br>☐ Not employed | ☒ Employed<br>☐ Not employed |
| Occupation | **Cashier** | **Cirect care** |
| Employer's name | **Grande Ronde Food and Fuel** | **Mid Valley Rehabilitation Inc** |
| Employer's address | **26820 SW Salmon River Hwy**<br>Number  Street | **16700 S Highway 99W**<br>Number  Street |
| | **Grand Ronde, OR 97347**<br>City  State  ZIP Code | **Amity, OR 97101**<br>City  State  ZIP Code |
| How long employed there? | **2 years** | **3 mo** |

### Part 2: Give Details About Monthly Income

**Estimate monthly income as of the date you file this form.** If you have nothing to report for any line, write $0 in the space. Include your non-filing spouse unless you are separated.

If you or your non-filing spouse have more than one employer, combine the information for all employers for that person on the lines below. If you need more space, attach a separate sheet to this form.

| | | **For Debtor 1** | **For Debtor 2 or non-filing spouse** |
|---|---|---|---|
| 2. | **List monthly gross wages, salary, and commissions** (before all payroll deductions). If not paid monthly, calculate what the monthly wage would be. | 2. $ **1,832.13** | $ **1,570.83** |
| 3. | **Estimate and list monthly overtime pay.** | 3. +$ **0.00** | +$ **0.00** |
| 4. | **Calculate gross income.** Add line 2 + line 3. | 4. $ **1,832.13** | $ **1,570.83** |

Official Form B 6I  **Schedule I: Your Income**  page **1**

Debtor 1  **James Melvin Wright**                                    Case number (*if known*) **15-61037-fra13**
       First Name   Middle Name   Last Name

|  | For Debtor 1 | For Debtor 2 or non-filing spouse |
|---|---|---|
| Copy line 4 here ........ → 4. | $ 1,832.13 | $ 1,570.83 |

5. **List all payroll deductions:**

| | | |
|---|---|---|
| 5a. **Tax, Medicare, and Social Security deductions**  5a. | $ 286.72 | $ 247.00 |
| 5b. **Mandatory contributions for retirement plans**  5b. | $ 0.00 | $ 0.00 |
| 5c. **Voluntary contributions for retirement plans**  5c. | $ 109.96 | $ 0.00 |
| 5d. **Required repayments of retirement fund loans**  5d. | $ 0.00 | $ 0.00 |
| 5e. **Insurance**  5e. | $ 9.79 | $ 0.00 |
| 5f. **Domestic support obligations**  5f. | $ 0.00 | $ 0.00 |
| 5g. **Union dues**  5g. | $ 0.00 | $ 0.00 |
| 5h. **Other deductions.** Specify: _____  5h. +$ 0.00 | +$ 0.00 | |

6. **Add the payroll deductions**. Add lines 5a + 5b + 5c + 5d + 5e + 5f + 5g + 5h.  6.  $ 406.47  |  $ 247.00

7. **Calculate total monthly take-home pay.** Subtract line 6 from line 4.  7.  $ 1,425.66  |  $ 1,323.83

8. **List all other income regularly received:**

   8a. **Net income from rental property and from operating a business, profession, or farm**
      Attach a statement for each property and business showing gross receipts, ordinary and necessary business expenses, and the total monthly net income.  8a.  $ 0.00  |  $ 0.00

   8b. **Interest and dividends**  8b.  $ 0.00  |  $ 0.00

   8c. **Family support payments that you, a non-filing spouse, or a dependent regularly receive**
      Include alimony, spousal support, child support, maintenance, divorce settlement, and property settlement.  8c.  $ 0.00  |  $ 0.00

   8d. **Unemployment compensation**  8d.  $ 0.00  |  $ 0.00

   8e. **Social Security**  8e.  $ 0.00  |  $ 0.00

   8f. **Other government assistance that you regularly receive**
      Include cash assistance and the value (if known) of any non-cash assistance that you receive, such as food stamps (benefits under the Supplemental Nutrition Assistance Program) or housing subsidies.
      Specify: _____  8f.  $ 0.00  |  $ 0.00

   8g. **Pension or retirement income**  8g.  $ 0.00  |  $ 0.00

   8h. **Other monthly income.** Specify: **Lease to own payment**  8h.  +$ 400.00  |  +$ 0.00

9. **Add all other income**. Add lines 8a + 8b + 8c + 8d + 8e + 8f + 8g + 8h.  9.  $ 400.00  |  $ 0.00

10. **Calculate monthly income.** Add line 7 + line 9.
    Add the entries in line 10 for Debtor 1 and Debtor 2 or non-filing spouse.  10.  $ 1,825.66  +  $ 1,323.83  =  $ 3,149.49

11. **State all other regular contributions to the expenses that you list in** *Schedule J*.
    Include contributions from an unmarried partner, members of your household, your dependents, your roommates, and other friends or relatives.
    Do not include any amounts already included in lines 2-10 or amounts that are not available to pay expenses listed in *Schedule J*.
    Specify: **None**                                                                                                        11. +$ 0.00

12. **Add the amount in the last column of line 10 to the amount in line 11.** The result is the combined monthly income.
    Write that amount on the *Summary of Schedules* and *Statistical Summary of Certain Liabilities and Related Data,* if it applies  12.  $ 3,149.49
    **Combined monthly income**

13. **Do you expect an increase or decrease within the year after you file this form?**
    ☒ No.
    ☐ Yes. Explain:

**Fill in this information to identify your case:**

| | | |
|---|---|---|
| Debtor 1 | **James**    **Melvin**    **Wright** | |
| | First Name    Middle Name    Last Name | |
| Debtor 2 | **Katherine**    **Lynne**    **Wright** | |
| (Spouse, if filing) | First Name    Middle Name    Last Name | |
| United States Bankruptcy Court for: | **Oregon** | |
| Case number | **15-61037-fra13** | |
| (If known) | | |

Check if this is:

☐ An amended filing

☐ A supplement showing post-petition chapter 13 expenses as of the following date:
_____
MM / DD / YYYY

☐ A separate filing for Debtor 2 because Debtor 2 maintains a separate household

Official Form B 6J

# Schedule J: Your Expenses

12/13

**Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, attach another sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.**

### Part 1: Describe Your Household

1. **Is this a joint case?**

   ☐ No. Go to line 2.
   ☒ Yes. **Does Debtor 2 live in a separate household?**

       ☒ No
       ☐ Yes. Debtor 2 must file a separate Schedule J.

2. **Do you have dependents?**

   Do not list Debtor 1 and Debtor 2.

   Do not state the dependents' names.

   ☐ No
   ☒ Yes. Fill out this information for each dependent..........................

   | Dependent's relationship to Debtor 1 or Debtor 2 | Dependent's age | Does dependent live with you? |
   |---|---|---|
   | **Son** | **31** | ☐ No ☒ Yes |
   | **Son's girlfriend** | **52** | ☐ No ☒ Yes |
   | _____ | _____ | ☐ No ☐ Yes |
   | _____ | _____ | ☐ No ☐ Yes |
   | _____ | _____ | ☐ No ☐ Yes |

3. **Do your expenses include expenses of people other than yourself and your dependents?**

   ☒ No
   ☐ Yes

### Part 2: Estimate Your Ongoing Monthly Expenses

**Estimate your expenses as of your bankruptcy filing date unless you are using this form as a supplement in a Chapter 13 case to report expenses as of a date after the bankruptcy is filed. If this is a supplemental *Schedule J*, check the box at the top of the form and fill in the applicable date.**

**Include expenses paid for with non-cash government assistance if you know the value of such assistance and have included it on *Schedule I: Your Income* (Official Form B 6I.)**

**Your expenses**

4. **The rental or home ownership expenses for your residence.** Include first mortgage payments and any rent for the ground or lot.      4. $ **670.00**

   **If not included in line 4:**

   4a. Real estate taxes      4a. $ **30.00**

   4b. Property, homeowner's, or renter's insurance      4b. $ **55.45**

   4c. Home maintenance, repair, and upkeep expenses      4c. $ **50.00**

   4d. Homeowner's association or condominium dues      4d. $ **0.00**

Debtor 1 **James Melvin Wright**  
First Name   Middle Name   Last Name

Case number (*if known*) **15-61037-fra13**

| | | **Your expenses** |
|---|---|---|

5. **Additional mortgage payments for your residence**, such as home equity loans — 5. $0.00

6. **Utilities:**
    - 6a. Electricity, heat, natural gas — 6a. $175.00
    - 6b. Water, sewer, garbage collection — 6b. $45.00
    - 6c. Telephone, cell phone, Internet, satellite, and cable services — 6c. $200.00
    - 6d. Other. Specify: **See Attachment 1** — 6d. $135.00

7. **Food and housekeeping supplies** — 7. $650.00

8. **Childcare and children's education costs** — 8. $0.00

9. **Clothing, laundry, and dry cleaning** — 9. $75.00

10. **Personal care products and services** — 10. $50.00

11. **Medical and dental expenses** — 11. $65.00

12. **Transportation.** Include gas, maintenance, bus or train fare. Do not include car payments. — 12. $250.00

13. **Entertainment, clubs, recreation, newspapers, magazines, and books** — 13. $60.00

14. **Charitable contributions and religious donations** — 14. $55.00

15. **Insurance.** Do not include insurance deducted from your pay or included in lines 4 or 20.
    - 15a. Life insurance — 15a. $0.00
    - 15b. Health insurance — 15b. $0.00
    - 15c. Vehicle insurance — 15c. $54.00
    - 15d. Other insurance. Specify:_____ — 15d. $0.00

16. **Taxes.** Do not include taxes deducted from your pay or included in lines 4 or 20. Specify: _____ — 16. $0.00

17. **Installment or lease payments:**
    - 17a. Car payments for Vehicle 1 — 17a. $0.00
    - 17b. Car payments for Vehicle 2 — 17b. $0.00
    - 17c. Other. Specify:_____ — 17c. $
    - 17d. Other. Specify:_____ — 17d. $

18. **Your payments of alimony, maintenance, and support that you did not report as deducted from your pay on line 5, *Schedule I, Your Income* (Official Form B 6I).** — 18. $0.00

19. **Other payments you make to support others who do not live with you.** Specify:_____ — 19. $0.00

20. **Other real property expenses not included in lines 4 or 5 of this form or on *Schedule I: Your Income*.**
    - 20a. Mortgages on other property — 20a. $0.00
    - 20b. Real estate taxes — 20b. $18.00
    - 20c. Property, homeowner's, or renter's insurance — 20c. $0.00
    - 20d. Maintenance, repair, and upkeep expenses — 20d. $0.00
    - 20e. Homeowner's association or condominium dues — 20e. $0.00

Debtor 1 **James Melvin Wright**  
First Name  Middle Name  Last Name

Case number (*if known*) **15-61037-fra13**

21. **Other**. Specify: __Pet supplies/vet care__   21. +$ 60.00

22. **Your monthly expenses.** Add lines 4 through 21.  
The result is your monthly expenses.   22. $ 2,697.45

23. **Calculate your monthly net income.**
    23a. Copy line 12 (*your combined monthly income*) from *Schedule I*.   23a. $ 3,149.49
    23b. Copy your monthly expenses from line 22 above.   23b. – $ 2,697.45
    23c. Subtract your monthly expenses from your monthly income.  
    The result is your *monthly net income*.   23c. $ 452.04

24. **Do you expect an increase or decrease in your expenses within the year after you file this form?**

    For example, do you expect to finish paying for your car loan within the year or do you expect your mortgage payment to increase or decrease because of a modification to the terms of your mortgage?

    ❑ No.  
    ❑ Yes.  Explain here:

# Addendum

**Attachment 1**

    **Description: Wood stove pellets**
    **Amount: 50.00**

    **Description: Cells phones**
    **Amount: 85.00**

B6 Declaration (Official Form 6 - Declaration) (12/07)

In re **James Melvin Wright and Katherine Lynne Wright**, Case No. **15-61037-fra13**
　　　　　　　　　　　　**Debtor**　　　　　　　　　　　　　　　　　　**(if known)**

# DECLARATION CONCERNING DEBTOR'S SCHEDULES

DECLARATION UNDER PENALTY OF PERJURY BY INDIVIDUAL DEBTOR

I declare under penalty of perjury that I have read the foregoing summary and schedules, consisting of **20** sheets, and that they are true and correct to the best of my knowledge, information, and belief.

Date **April 28, 2015**　　　　　　　　　　Signature: **/s/James Melvin Wright**
　　　　　　　　　　　　　　　　　　　　　　　　　**James Melvin Wright** Debtor

Date **April 28, 2015**　　　　　　　　　　Signature: **/s/Katherine Lynne Wright**
　　　　　　　　　　　　　　　　　　　　　　　　　**Katherine Lynne Wright** (Joint Debtor, if any)

[If joint case, both spouses must sign.]

---

**DECLARATION AND SIGNATURE OF NON-ATTORNEY BANKRUPTCY PETITION PREPARER (See 11 U.S.C. § 110)**

I declare under penalty of perjury that: (1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; (2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110(h) and 342(b); and, (3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110(h) setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required by that section.

_____　　_____
Printed or Typed Name and Title, if any,　　　　Social Security No.
of Bankruptcy Petition Preparer　　　　　　　　*(Required by 11 U.S.C. § 110.)*

*If the bankruptcy petition preparer is not an individual, state the name, title (if any), address, and social security number of the officer, principal, responsible person, or partner who signs this document.*

_____
_____
_____
Address

X _____　　_____
Signature of Bankruptcy Petition Preparer　　　　Date

Names and Social Security numbers of all other individuals who prepared or assisted in preparing this document, unless the bankruptcy petition preparer is not an individual:

*If more than one person prepared this document, attach additional signed sheets conforming to the appropriate Official Form for each person.*

*A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both. 11 U.S.C. § 110; 18 U.S.C. § 156.*

---

**DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF A CORPORATION OR PARTNERSHIP**

I, the _____ [the president or other officer or an authorized agent of the corporation or a member or an authorized agent of the partnership ] of the _____ [corporation or partnership] named as debtor in this case, declare under penalty of perjury that I have read the foregoing summary and schedules, consisting of _____ sheets (*Total shown on summary page plus 1*), and that they are true and correct to the best of my knowledge, information, and belief.

Date _____

Signature: _____

_____
[Print or type name of individual signing on behalf of debtor.]

*[An individual signing on behalf of a partnership or corporation must indicate position or relationship to debtor.]*

---

*Penalty for making a false statement or concealing property:* Fine of up to $500,000 or imprisonment for up to 5 years or both. 18 U.S.C. §§ 152 and 3571.