UNITED STATES BANKRUPTCY COURT
DISTRICT OF OREGON
DIVISION 1 - EUGENE DIVISION

IN RE:            CASE NO. 15-61037-tmr13
           CHAPTER 13
James M Wright
Katherine L Wright        JUDGE THOMAS M RENN

      DEBTORS        **NOTICE OF FINAL CURE PAYMENT**

Pursuant to Federal Rule of Bankruptcy Procedure 3002.1(f), the Chapter 13 Trustee, NALIKO MARKEL, TRUSTEE files this Notice of Final Cure Payment. The amount required to cure the default in the claim listed below has been paid in full.

**Name of Creditor:** <u>RUSHMORE LOAN MANAGEMENT SVCS</u>

**Final Cure Amount**

| Court Claim # | Account Number | Claim Asserted | Claim Allowed | Amount Paid |
|---|---|---|---|---|
| 3 | 1293 | $11,800.00 | $11,800.00 | $12,425.77 |
| Total Amount Paid by Trustee | | **27650 Andy Riggs Rd., Grand Ronde, Oregon** | | $12,425.77 |

**Monthly Ongoing Mortgage Payment**

Mortgage is Paid:

__ Through the Chapter 13 Conduit      **X** Direct by the Debtors

Within 21 days of the service of the Notice of Final Cure Payment, the creditor MUST file and serve a Statement as a supplement to the holder's proof of claim on the Debtors, Debtors' Counsel and the Chapter 13 Trustee, pursuant to Fed.R.Bank.P.3002.1(g), indicating 1) whether it agrees that the Debtors have paid in full the amount required to cure the default on the claim; and 2) whether the Debtors are otherwise current on all payments consistent with 11 U.S.C. § 1322(b)(5).

The statement shall itemize the required cure or post-petition amounts, if any, that the holder contends remain unpaid as of the date of the statement. The statement shall be filed as a supplement to the holder's proof of claim and is not subject to Rule 3001(f). Failure to notify may result in sanctions.

CASE NO. 15-61037-tmr13

# CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing Notice of Final Cure Payment was served on the parties listed below by ordinary U.S. Mail or served electronically through the Court's ECF System at the e-mail address registered with the Court on this 18th day of September, 2019.

James M Wright, Katherine L Wright, 27650 Andy Riggs Rd, Grand Ronde, OR 97347

ELECTRONIC SERVICE - CAROLINE MOORE, 205 NE 6th Street, McMinnville, OR 97128

Michelle Cameron, c/o Adam J. Brittle, Atty., 1130 SW Morrison St, Sutie 312, Portland, OR 97205-2215

ELECTRONIC SERVICE - Selene Financial LP, 9990 Richmond Avenue, Suite 400 South, Houston, TX 77042

ELECTRONIC SERVICE - Rushmore Loan Management Services, P.O. Box 55004, Irvine, CA 92619-2708

ELECTRONIC SERVICE - United States Trustee

Date: September 18, 2019         /s/ NALIKO MARKEL, TRUSTEE
                                 NALIKO MARKEL, TRUSTEE
                                 Chapter 13 Trustee
                                 400 E. 2nd Avenue Suite 200
                                 EUGENE, OR 97401