Paul J. Garrick, OSB No. 824759
Staff Attorney
NALIKO MARKEL, TRUSTEE
400 East 2nd Avenue, Suite 200
Eugene, OR 97401
Telephone: (541) 343-1555

IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF OREGON

| | |
|---|---|
| In re:<br><br>JAMES M. WRIGHT and<br>KATHERINE L. WRIGHT,<br><br>Debtors. | Case No. 15-61037-tmr13<br><br>**WITHDRAWAL OF TRUSTEE'S NOTICE OF FINAL CURE PAYMENT** |

NALIKO MARKEL, Standing Chapter 13 Trustee, filed a Notice of Final Cure Payment on 9/18/19 (Doc 53). This document was filed in error as the creditor does not hold a mortgage on the real property. The Trustee therefore hereby withdraws this notice.

NALIKO MARKEL, TRUSTEE

By: */s/ Paul J. Garrick*
Paul J. Garrick, OSB No. 824759
Staff Attorney

# CERTIFICATE OF SERVICE

I hereby certify that based on the Bankruptcy Court's Electronic Filing records, the following person should be served electronically when the attached document is filed with the Court:

> Caroline Moore, Attorney for Debtors
> Michelle Cameron, Creditor
> Selene Financial LP, Creditor
> Rushmore Loan Management Services, Creditor

I hereby certify that on September 20, 2019, I served a copy of the foregoing TRUSTEE'S WITHDRAWAL OF NOTICE OF FINAL CURE by mailing a copy of this document by United States First-Class mail, enclosed in a sealed envelope, with postage prepaid, and addressed to the following at the address stated below:

> James M. Wright
> Katherine L. Wright
> 27650 Andy Riggs Road
> Grand Ronde, OR 97347

NALIKO MARKEL, TRUSTEE

By: */s/ Paul J. Garrick*
Paul J. Garrick, OSB No. 824759
Staff Attorney